**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000407
30-APR-2015
08:43 AM**

CAAP-13-0000407

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


IN THE MATTER OF THE ARBITRATION BETWEEN
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Union-Appellant, and
STATE OF HAWAI'I; THE JUDICIARY; HAWAII HEALTH SYSTEMS
CORPORATION and THE CITY AND COUNTY OF HONOLULU (2013-002),
Employers-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 13-1-0030)


ORDER GRANTING IN PART UNION'S
MOTION TO DISMISS APPEAL WITHOUT PREJUDICE
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of Union's Motion to Dismiss Appeal Without Prejudice filed on February 17, 2015, Employer-Appellee City and County of Honolulu's Statement of No Opposition to Union's Motion to Dismiss Appeal Without Prejudice filed on February 23, 2015, no response having been filed by Employers-Appellees State of Hawai'i, The Judiciary and Hawaii Health Systems Corporation, and the records and files herein,

IT IS HEREBY ORDERED that the motion is granted as follows:

1. Union-Appellant United Public Workers AFSCME, Local 646, AFL-CIO, (**Union's**) motion to dismiss appeal is granted, except to the extent that Union requests a determination that dismissal be without prejudice. No grounds have been stated in support of such determination and we find none.

2. Each party shall bear its own attorney's fees and costs.

Accordingly, IT IS HEREBY ORDERED that appellate court case number CAAP-13-0000407 is dismissed.

DATED: Honolulu, Hawai'i, April 30, 2015.

Presiding Judge

Associate Judge

Associate Judge